Thomas J. Leonard
BOONE KARLBERG P.C.
201 West Main, Suite 300
P.O. Box 9199
Missoula, MT 59807-9199
Telephone: (406) 543-6646
tleonard@boonekarlberg.com

Michael B. Marion (*Pro Hac Vice* pending)
BYCER & MARION
7220 N. 16th Street, Suite H
Phoenix, AZ 85020
Telephone: (602) 944-2277
michael@bycermarion.com

*Attorneys for Plaintiff Wildfire Defense Systems, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| WILDFIRE DEFENSE SYSTEMS, INC.,<br><br>             Plaintiff,<br><br>v.<br><br>HAS, LLC, a Wyoming limited liability company, d/b/a FRONTLINE WILDFIRE DEFENSE, d/b/a FIRE FRIENDS, LLC,<br><br>             Defendant. | Case No. 2:26-cv-00054-JTJ<br><br>**SUMMONS** |

TO:   HAS, LLC, a Wyoming limited liability company, d/b/a FRONTLINE WILDFIRE DEFENSE, d/b/a FIRE FRIENDS, LLC

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The

answer or motion must be served on the plaintiff or plaintiff's attorney, whose

names and addresses are:

Thomas J. Leonard
BOONE KARLBERG P.C.
201 West Main, Suite 300
P.O. Box 9199
Missoula, MT 59807-9199
Telephone: (406) 543-6646
tleonard@boonekarlberg.com

Michael B. Marion (*Pro Hac Vice* pending)
BYCER & MARION
7220 N. 16th Street, Suite H
Phoenix, AZ 85020
Telephone: (602) 944-2277
michael@bycermarion.com

If you fail to respond, judgment by default will be entered against you for

the relief demanded in the complaint.

You also must file your answer or motion with the court.

Date: 6/4/2026

*TYLER P. GILMAN*
CLERK OF COURT

_____
*(Signature of Deputy Clerk)*

2